1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   CHARLES T. DAVIS,                          CASE NO: 1:10-cv-01184-LJO-GBC (PC)

10                         Plaintiff,          ORDER DENYING AS MOOT MOTIONS
                                               RELATING TO INTERLOCUTORY APPEAL
11          v.
                                               (Docs. 29, 30, 31)
12   CLARK J. KELSO, et al.,

13
                             Defendants.
14   _____/

15
16          Charles Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this
17   civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on July 1, 2010.
18   On June 9, 2011, Plaintiff filed notice of interlocutory appeal.  (Doc. 27).  Also on June 9, 2011,
19   Plaintiff filed a motion to direct the clerk to prepare a record for interlocutory appeal, a motion
20   requesting transcripts for interlocutory appeal, and a motion to stay the case while the interlocutory
21   appeal was under consideration.  (Doc. 29, 30, 31).  On August 3, 2011, the Ninth Circuit dismissed
22   Plaintiff's appeal for failure to pay the requisite filing fee.  (Doc. 36).
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1

Based on the foregoing, the Court HEREBY ORDERS:

1.    Plaintiff's motion to direct the clerk to prepare a record for interlocutory appeal is DENIED as moot (Doc. 29);

2.    Plaintiff's motion requesting transcripts for interlocutory appeal is DENIED as moot (Doc. 30); and

3.    Plaintiff's motion to stay the case while the interlocutory appeal was pending is DENIED as moot (Doc. 31).

IT IS SO ORDERED.

Dated:    September 8, 2011

UNITED STATES MAGISTRATE JUDGE