# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>        Plaintiff,<br><br>  v.<br><br>CLARK J. KELSO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO: 1:10-cv-01184-LJO-GBC (PC)<br><br>ORDER DENYING AS MOOT MOTIONS RELATING TO INTERLOCUTORY APPEAL<br><br>(Docs. 29, 30, 31) |

     Charles Davis ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed his complaint on July 1, 2010.  On June 9, 2011, Plaintiff filed notice of interlocutory appeal.  (Doc. 27).  Also on June 9, 2011, Plaintiff filed a motion to direct the clerk to prepare a record for interlocutory appeal, a motion requesting transcripts for interlocutory appeal, and a motion to stay the case while the interlocutory appeal was under consideration.  (Doc. 29, 30, 31).  On August 3, 2011, the Ninth Circuit dismissed Plaintiff's appeal for failure to pay the requisite filing fee.  (Doc. 36).

///
///
///
///
///
///
///

1

Based on the foregoing, the Court HEREBY ORDERS:

1. Plaintiff's motion to direct the clerk to prepare a record for interlocutory appeal is DENIED as moot (Doc. 29);

2. Plaintiff's motion requesting transcripts for interlocutory appeal is DENIED as moot (Doc. 30); and

3. Plaintiff's motion to stay the case while the interlocutory appeal was pending is DENIED as moot (Doc. 31).

IT IS SO ORDERED.

Dated:    September 8, 2011

_____
UNITED STATES MAGISTRATE JUDGE