# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES T. DAVIS,<br><br>        Plaintiff,<br><br>     v.<br><br>CLARK J. KELSO, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-01184-DAD-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN ANSWER ON OR BEFORE OCTOBER 5, 2018 |

       Plaintiff Charles T. Davis is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       On September 6, 2018, an order issued denying Defendants' motion to dismiss but dismissing Plaintiff's claims for injunctive and declaratory relief, and referred the matter back to the undersigned.

       Pursuant to Rule 12 of the Federal Rules of Civil Procedure, when a motion under Rule 12 is decided, the defendant has fourteen (14) days after notice of the court's action to file a responsive pleading. Fed. R. Civ. P. 12(a)(4)(A).

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that Defendants Cate and Yates shall file an answer to the complaint on or before October 5, 2018.

IT IS SO ORDERED.

Dated: __**September 21, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE